IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL WASSEL, JR. : No. 3:22cv145
    Plaintiff :
 : (Judge Munley)
v. :
 : (Magistrate Judge Carlson)
PIKE COUNTY, et al, :
    Defendants :
............................................................................................................

## ORDER

AND NOW, to wit, this 18 day of June 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Paul Wassel, Jr.'s objections, (Doc. 43), to the Report and Recommendation of Magistrate Judge Martin C. Carlson are **OVERRULED**;

2) The R&R, (Doc. 40), is **ADOPTED**;

3) Defendants' motion to dismiss, (Doc. 28), is **GRANTED**;

4) Plaintiff's amended complaint is **DISMISSED** with prejudice, except as to his conditions of confinement claim related to an alleged three-day deprivation of food, which is **DISMISSED** without prejudice;

5) Plaintiff may file a second amended complaint regarding this conditions of confinement claim within thirty (30) days of the date of this order; and

6) If plaintiff fails to file a second amended complaint within this time, this action will be dismissed and the Clerk of Court will be directed to close this case.

Date: 6/18/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court